B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Connecticut

In re  **Paul J. Lagaipa    Sharon L. Lagaipa**

Debtors

Case No.  **13-51225**

Chapter  **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 640,000.00 | | |
| B - Personal Property | YES | 3 | $ 77,644.92 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 3 | | $ 1,129,324.01 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 1,428.03 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 7 | | $ 185,345.85 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $ 9,585.12 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 9,629.11 |
| TOTAL | | 22 | $ 717,644.92 | $ 1,316,097.89 | |

B6A (Official Form 6A) (12/07)

In re:   Paul J. Lagaipa   Sharon L. Lagaipa                                    Case No.  13-51225
_____                                      _____
                          **Debtors**                                                   (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 95 Far Horizon Drive Easton, CT | Fee Owner | J | $ 640,000.00 | $1,116,186.00 |
|  |  | Total    ➤ | $ 640,000.00 | |
|  |  |  | (Report also on Summary of Schedules.) | |

B6B (Official Form 6B) (12/07)

In re  Paul J. Lagaipa    Sharon L. Lagaipa                                    Case No. 13-51225
_____                              _____
                              Debtors                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on Hand** | | **20.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America checking account - Joint** | | **713.23** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **TD Bank checking account (with son) - Husband** | | **41.94** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **TD Bank checking accout - Wife** | | **3,350.26** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit - landlord** | | **6,000.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods and Furnishings - Joint** | | **3,500.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Baseball cards - Husband** | | **200.00** |
| 6. Wearing apparel. | | **Wearing Apparel - Joint** | | **500.00** |
| 7. Furs and jewelry. | | **Misc. Jewlery - Wife** | | **200.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Golf clubs - 2 sets, 2 tennis raquets - Joint** | | **275.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401K - Husband** | | **1,695.99** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Non-neogtiable securities; ECD Market, LLC 75,000 shares - Husband** | | **0.00** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **UBS Pension - Husband** | | **52,277.50** |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Paul J. Lagaipa   Sharon L. Lagaipa**                              Case No. **13-51225**
                                                                                    (If known)

Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 BMW X5 - Husband** | | 2,119.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 BMW X5 - Husband** | | 6,752.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  Paul J. Lagaipa   Sharon L. Lagaipa                          Case No. 13-51225
                    Debtors                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_2_   continuation sheets attached           Total  >        $ 77,644.92

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re  **Paul J. Lagaipa    Sharon L. Lagaipa** _____    Case No.  **13-51225** _____
                                                    Debtors                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $146,450.*
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **2002 BMW X5 - Husband** | **11 USC § 522(d)(2)** | **2,119.00** | 2,119.00 |
| **401K - Husband** | **11 USC § 522(d)(12)** | **1,695.99** | 1,695.99 |
| **Bank of America checking account - Joint** | **11 USC § 522(d)(5)** | **713.23** | 713.23 |
| **Baseball cards - Husband** | **11 USC § 522(d)(5)** | **200.00** | 200.00 |
| **Cash on Hand** | **11 USC § 522(d)(5)** | **20.00** | 20.00 |
| **Golf clubs - 2 sets, 2 tennis raquets - Joint** | **11 USC § 522(d)(5)** | **275.00** | 275.00 |
| **Household Goods and Furnishings - Joint** | **11 USC § 522(d)(3)** | **3,500.00** | 3,500.00 |
| **Misc. Jewlery - Wife** | **11 USC § 522(d)(4)** | **200.00** | 200.00 |
| **TD Bank checking account (with son) - Husband** | **11 USC § 522(d)(5)** | **41.94** | 41.94 |
| **TD Bank checking accout - Wife** | **11 USC § 522(d)(5)** | **3,350.26** | 3,350.26 |
| **UBS Pension - Husband** | **11 USC § 522(d)(12)** | **52,277.50** | 52,277.50 |
| **Wearing Apparel - Joint** | **11 USC § 522(d)(3)** | **500.00** | 500.00 |

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re  __Paul J. Lagaipa   Sharon L. Lagaipa_____,          Case No. __13-51225_____
                              Debtors                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

❏        Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Ally Financial**<br>**P.O. Box 130424**<br>**Roseville, MN 55113-0004** | | | **2010 Chrysler Town & Country**<br>**$525.11/month**<br><br>**VALUE $6,752.00** | | | | 13,136.45 | 6,384.00 |
| ACCOUNT NO. 68851016391299<br><br>**Bank of America**<br>**P.O. Box 21846**<br>**Mail Code: NC4 1050277**<br>**Greensboro, NC 27410**<br><br>**Bank of America**<br>**c/o Sunrise Credit Services**<br>**P.O. Box 9100**<br>**Farmingdale, NY 11735-9100** | | | **Third Mortgage**<br>**95 Far Horizon Drive**<br>**Easton, CT**<br><br>**VALUE $640,000.00** | | | | 260,070.68 | 6,384.00 |
| ACCOUNT NO.<br><br>**Internal Revenue Service**<br>**P.O. Box 37004**<br>**Hartford, CT 06176-0004**<br><br>**IRS**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | | | **Tax Lien**<br>**95 Far Horizon Drive**<br>**Easton, CT**<br>**2005: $2,019.77**<br>**2006: $9,516.02**<br>**2007: $23,674.21**<br>**2010: $7,713.27**<br><br>**VALUE $640,000.00** | | | | 42,923.27 | 42,923.27 |

__2__    continuation sheets
        attached

Subtotal ➤
(Total of this page)

| $    316,130.40 | $    55,691.27 |
|---|---|
| $ | $ |

Total ➤
(Use only on last page)

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re **Paul J. Lagaipa   Sharon L. Lagaipa** _____   Case No. **13-51225** _____
 _____
 Debtors                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Roderick C. McNeil, III<br>17 Knapp Street<br>Easton, CT 06612<br><br><br>Roderick C. McNeil, III<br>c/o Palumbo & DeLaura<br>528 Chapel Street<br>New Haven, CT 06510 | | | **Fourth Mortgage**<br>95 Far Horizon Drive<br>Easton, CT<br><br>VALUE $640,000.00 | | | | 50,000.00 | 50,000.00 |
| ACCOUNT NO.<br><br>Tax Collector Easton<br>225 Center Road<br>Easton, CT 06612 | | | **RE Tax Liens**<br>95 Far Horizon Drive<br>Easton, CT<br><br>VALUE $640,000.00 | | | | 105,407.65 | 0.00 |
| ACCOUNT NO.  549884<br><br>Volvo Financial Services<br>c/o Nair & Levin<br>707 Bloomfield Ave.<br>Bloomfield, CT 06002-2406 | | | **Judgment Lien**<br>95 Far Horizon Drive<br>Easton, CT<br><br>VALUE $640,000.00 | | | | 2,000.00 | 2,000.00 |
| ACCOUNT NO.  4703238740<br><br>Webster Bank<br>609 West Johnson Ave.<br>Cheshire, CT 06410<br><br><br>Webster Bank<br>c/o Attorney Thomas J. Welch<br>Welch Teodosio Stanek & Blake<br>375 Bridgeport Avenue<br>Shelton, CT 06484 | | | **First Mortgage**<br>95 Far Horizon Drive<br>Easton, CT<br><br>VALUE $640,000.00 | | | | 80,000.00 | 0.00 |

Sheet no. _1_ of _2_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal ➤
(Total of this page)

| | $   237,407.65 | $   52,000.00 |
|---|---|---|

Total ➤
(Use only on last page)

| | $ | $ |
|---|---|---|

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Paul J. Lagaipa   Sharon L. Lagaipa** _____     Case No.   **13-51225**_____

                                         **Debtors**                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4702306635<br><br>**Webster Bank**<br>**609 West Johnson Ave.**<br>**Cheshire, CT 06410**<br><br><br>**Webster Bank**<br>**c/o Attorney Thomas J. Welch**<br>**Welch Teodosio Stanek & Blake**<br>**375 Bridgeport Avenue**<br>**Shelton, CT 06484** | | | **Second Mortgage**<br>**95 Far Horizon Drive**<br>**Easton, CT**<br><br>**VALUE $640,000.00** | | | | 575,785.96 | 2,000.00 |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ▶
(Total of this page)

Total  ▶
(Use only on last page)

| | | |
|---|---|---|
| $ | 575,785.96 | $ | 2,000.00 |
| $ | 1,129,324.01 | $ | 109,691.27 |

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re    **Paul J. Lagaipa    Sharon L. Lagaipa** _____    Case No.    **13-51225** ____

                          Debtors                                                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑    **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑    **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑    **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑    **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑    **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑    **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑    **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑    **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑    **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                          1  continuation sheets attached

B6E (Official Form 6E) (4/10) – Cont.

In re    **Paul J. Lagaipa   Sharon L. Lagaipa**                                    Case No.    **13-51225**
_____                                            _____
                              Debtors                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Type of Priority: Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    16344921-000<br><br>**Department of Revenue Services**<br>**State of Connecticut**<br>25 Sigourney Street, Suite 2<br>Hartford, CT 06106-5032 | | | | | | | 1,428.03 | 1,428.03 | $0.00 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

|  | | | |
|---|---|---|---|
| Subtotals▶ (Totals of this page) | $ 1,428.03 | $ 1,428.03 | $ 0.00 |
| Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 1,428.03 | | |
| Total ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 1,428.03 | $ 0.00 |

B6F (Official Form 6F) (12/07)

In re  Paul J. Lagaipa   Sharon L. Lagaipa                          Case No. 13-51225
_____                                    _____
              Debtors                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 200423749 <br> Amerigas <br> P.O. Box 371473 <br> Pittsburgh, PA 15250-7473 | | | | | | | 436.52 |
| ACCOUNT NO. 5856373001328306 <br> Ann Taylor LOFT <br> Professional Bureau of Collections <br> P.O. Box 659705 <br> San Antonio, TX 78265-9705 <br><br> Ann Taylor LOFT <br> Professional Bureau of Collections <br> P.O. Box 4157 <br> Greenwood Village, CO 87155 | | | | | | | 301.13 |
| ACCOUNT NO. 23091 <br> Apicella, Testa & Co. <br> 680 Bridgeport Ave. <br> Shelton, CT 06484 | | | | | | | 350.00 |
| ACCOUNT NO. 200034268 <br> Aquarion Water Company <br> P.O. Box 10010 <br> Lewiston, ME 04243-9427 | | | | | | | 179.81 |

6  Continuation sheets attached

Subtotal ▷ $ 1,267.46

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Paul J. Lagaipa   Sharon L. Lagaipa                                  Case No. 13-51225
                                          Debtors                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Bank of America <br> P.O. Box 15137 <br> Wilmington, DE 19850 <br><br> Bank of America FIA Card Services <br> c/o ARS Nat'l Services <br> P.O. Box 463023 <br> Escondido, CA 92046 | | | | | | | 7,227.41 |
| ACCOUNT NO.  1000446156 <br><br> BMW Financial Services NA LLC <br> P.O. Box 78103 <br> Phoenix, AZ 85062-8103 <br><br> BMW Financial Services <br> P.O. Box 3607 <br> Dublin, OH 43016-0305 | | | late fees | | | | 1,059.37 |
| ACCOUNT NO.  185000 <br><br> Brooklawn Dental <br> 990 Brooklawn Avenue <br> Bridgeport, CT 06604 | | | | | | | 873.85 |
| ACCOUNT NO.  5178057277784158 <br><br> Capital One <br> c/o London & London <br> 48 Christian Lane <br> Newington, CT 06111 | | | | | | | 201.27 |

<u>6</u>  Continuation sheets attached

Sheet no. <u>1</u> of <u>6</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >   $            9,361.90

Total  >   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Paul J. Lagaipa   Sharon L. Lagaipa                    Case No. 13-51225
_____                    _____
                          Debtors                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   524180891722057 | | | | | | | 868.54 |
| Citi c/o Global Credit & Collection Corp P.O. Box 2888 Winter Park, FL 32790-2888 Citicards P.O. Box 183051 Columbus, OH 43213 | | | | | | | |
| ACCOUNT NO.   6879450119004814095 | | | | | | | 1,943.91 |
| Citi Bank Dell Financial Services c/o Midland Credit Management 8875 Aero Drive, Suite 200 San Diego, CA 92123 | | | | | | | |
| ACCOUNT NO.   7302850508708326 | | | | | | | 320.56 |
| Exxon Mobil Processing Center Des Moines, IA 50361-0001 | | | | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| FINRA One Liberty Place 165 Broadway, 27th Floor New York, NY 10006-1404 | | | Notice Party | | | | |
| ACCOUNT NO.   61210000 | | | | | | | 1,850.00 |
| Friedberg Smith & Co. 855 Main Street, 6th Floor Bridgeport, CT 06604 | | | | | | | |

      6   Continuation sheets attached

Sheet no.  2 of 6 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $        4,983.01

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Paul J. Lagaipa  Sharon L. Lagaipa                                    Case No. 13-51225
_____                              _____
                              Debtors                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   160481 / 24909888 / 603532066<br><br>Home Depot Citibank<br>c/o Monarch Recovery Mgmnt<br>10965 Decatur Road<br>Philadelphia, PA 19154 | | | | | | | 1,191.57 |
| ACCOUNT NO.   5268350017854824<br><br>HSBC<br>Attn: Kate<br>c/o Resolution Recovery 2925<br>North Green Valley Pkwy Suite C<br>Henderson, NV 89014<br><br>HSBC<br>c/o National Credit Adjusters<br>P.O. Box 3023<br>327 W. 4th Street<br>Hutchinson, Kansas 67504 | | | | | | | 320.30 |
| ACCOUNT NO.<br><br>James N. Hughes<br>Foreclosure Committee<br>1432 Post Road<br>Fairfield, CT 06824 | | | Notice party | | | | 0.00 |
| ACCOUNT NO.   8719 / 81924079018719<br><br>Lowes<br>Vision Financial Corp.<br>P.O. Box 460260<br>St. Louis, MO 63146-7260 | | | | | | | 640.79 |

6  Continuation sheets attached

Sheet no. 3 of 6 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $            2,152.66

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    Paul J. Lagaipa    Sharon L. Lagaipa                                    Case No. 13-51225
_____                              _____
                            Debtors                                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    5030013363<br><br>Mount Kisco Justice Court<br>40 Green Street<br>Mount Kisco, NY 10549 | | | | | | | 40.00 |
| ACCOUNT NO.    864090<br><br>Northeast Medical Group<br>Century Financial Service Inc.<br>23 Maiden Lane<br>North Haven, CT 06473-0098<br><br>Northeast Medical Group Bpt<br>c/o Century Financial Services<br>P.O. Box 98<br>North Haven, CT 06473-0098 | | | | | | | 348.96 |
| ACCOUNT NO.    NWO1807665/11013100282<br><br>Norwalk Parking Authority<br>LDC Collection Systems<br>11 North Water Street<br>Norwalk, CT 06852 | | | | | | | 100.00 |
| ACCOUNT NO.    570811<br><br>Plus Diagnositcs<br>2901 Momentum Place<br>Chicago, IL 60689-5329 | | | | | | | 122.00 |

  6   Continuation sheets attached

Sheet no.  4 of 6 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                          Subtotal    >  $                 610.96

                                                            Total    >  $

                                    (Use only on last page of the completed Schedule F.)
                              (Report also on Summary of Schedules and, if applicable on the Statistical
                                    Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Paul J. Lagaipa   Sharon L. Lagaipa                           Case No. 13-51225
                              Debtors                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   5049948112347259 <br><br> Sears <br> P.O. Box 183081 <br> Columbus, OH 43218-3081 | | | | | | | 591.27 |
| ACCOUNT NO.   01581384608603 <br><br> St. Vincent's Medical <br> c/o Trans Continental Credit <br> Settlement Dept. <br> P.O. Box 5055 <br> White Plains, NY 10602-5055 | | | | | | | 435.76 |
| ACCOUNT NO.   079666020-0 <br><br> St. Vincent's Medical Center <br> 2800 Main Street <br> Bridgeport, CT 06606-4201 <br><br><br> St. Vincent's Medical Center <br> P.O. Box 32622 <br> Hartford, CT 06150-2622 | | | | | | | 75.00 |
| ACCOUNT NO.   193032 <br><br> The Waynik Group <br> 52 Beach Road, Suite 104 <br> Fairfield, CT 06824 | | | | | | | 265.00 |
| ACCOUNT NO.   097169705 <br><br> Time Customer Service <br> P.O. Box 62121 <br> Tampa, FL 33662 | | | | | | | 20.00 |

_6_   Continuation sheets attached

Sheet no. _5_ of _6_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▸ $    1,387.03

Total ▸ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul J. Lagaipa   Sharon L. Lagaipa**                    Case No. <u>13-51225</u>
_____                        _____
                    **Debtors**                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **P000105998** | | | | | | | 50.00 |
| **Town of Fairfield** **P.O. Box 2040** **Tarrytown, NY 10591-9040** | | | | | | | |
| ACCOUNT NO.  **01000001284727** | | | | | | | 532.83 |
| **UI** **P.O. Box 9230** **Chelsea, MA 20150-9230** | | | | | | | |
| ACCOUNT NO. | X | | **Claim for Damages** | X | | X | 165,000.00 |
| **William C. Martinsky** **c/o Cohen & Wolf** **1115 Broad Street** **Bridgeport, CT 06604** | | | | | | | |

<u>6</u>   Continuation sheets attached

Sheet no. <u>6</u> of <u>6</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

|  | | |
|---|---|---|
| Subtotal  ➤ | $ | 165,582.83 |
| Total  ➤ | $ | 185,345.85 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re:  <u>Paul J. Lagaipa    Sharon L. Lagaipa</u>                    Case No.  <u>13-51225</u>

                                Debtors                                             (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Residential Lease | |

B6H (Official Form 6H) (12/07)

In re: **Paul J. Lagaipa    Sharon L. Lagaipa**                                    Case No.  <u>13-51225</u>
                                    _____                                    _____
                                    Debtors                                                                (If known)

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **RBS Capital Markets LLC**<br>**c/o Joseph Keenan**<br>**McCanliss & Early**<br>**88 Pine Street, 21st Floor**<br>**New York, NY 10005** | **William C. Martinsky**<br>**c/o Cohen & Wolf**<br>**1115 Broad Street**<br>**Bridgeport, CT 06604** |

B6I (Official Form 6I) (12/07)

In re  **Paul J. Lagaipa Sharon L. Lagaipa**                                    Case No.    **13-51225**
_____                                              _____
                        **Debtors**                                                          (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status:  **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| | child | 17 |
| | child | 13 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Institutional Sales** | **Media Sales** |
| Name of Employer | **Stone Castle Partners** | **Hearst Publishings** |
| How long employed | **9 months** | **1 year** |
| Address of Employer | **152 W 57th Street New York, NY** | **410 State Street Bridgeport, CT** |

INCOME: (Estimate of average or projected monthly income at time
        case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | 8,528.57 | $ | 4,834.16 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 8,528.57 | $ | 4,834.16 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | 2,070.47 | $ | 1,114.54 |
|     b. Insurance | $ | 0.00 | $ | 592.60 |
|     c. Union dues | $ | 0.00 | $ | 0.00 |
|     d. Other (Specify) | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 2,070.47 | $ | 1,707.14 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 6,458.10 | $ | 3,127.02 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| 11. Social security or other government assistance (Specify) | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify) | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 6,458.10 | $ | 3,127.02 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 9,585.12 | | |

                                    (Report also on Summary of Schedules and, if applicable, on
                                    Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

B6I (Official Form 6I) (12/07) - Cont.

In re   Paul J. Lagaipa Sharon L. Lagaipa                          Case No.   13-51225
                          Debtors                                                        (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

NONE

B6J (Official Form 6J) (12/07)

In re **Paul J. Lagaipa Sharon L. Lagaipa**                     Case No. _____ **13-51225** _____
                              Debtors                                        (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 3,200.00 |
|    a. Are real estate taxes included?  Yes _____  No ✔ | | |
|    b. Is property insurance included?  Yes _____  No ✔ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 925.00 |
|    b. Water and sewer | $ | 0.00 |
|    c. Telephone | $ | 250.00 |
|    d. Other **Cable / Internet** | $ | 225.00 |
|        **Trash** | $ | 28.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 200.00 |
| 4. Food | $ | 1,400.00 |
| 5. Clothing | $ | 300.00 |
| 6. Laundry and dry cleaning | $ | 75.00 |
| 7. Medical and dental expenses | $ | 90.00 |
| 8. Transportation (not including car payments) | $ | 570.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 120.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 240.00 |
|    b. Life | $ | 0.00 |
|    c. Health | $ | 0.00 |
|    d. Auto | $ | 360.00 |
|    e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)  **car tax** | $ | 60.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 525.11 |
|    b. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other **car repairs** | $ | 150.00 |
|    **public transportation** | $ | 250.00 |
|    **sports; annual programs** | $ | 611.00 |
|    **train parking** | $ | 50.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 9,629.11 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ | 9,585.12 |
|    b. Average monthly expenses from Line 18 above | $ | 9,629.11 |
|    c. Monthly net income (a. minus b.) | $ | -43.99 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Paul J. Lagaipa   Sharon L. Lagaipa**                                    Case No. <u>13-51225</u>
                                    _____                                                      (If known)
                                            **Debtors**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **24** _____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____9/4/13_____                    Signature: _____
                                                    **Paul J. Lagaipa**
                                                                                    Debtor

Date: _____9/4/13_____                    Signature: _____
                                                    **Sharon L. Lagaipa**
                                                            (Joint Debtor, if any)

[If joint case, both spouses must sign]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

B7 (Official Form 7) (4/10)

**UNITED STATES BANKRUPTCY COURT**
**District of Connecticut**

In re: **Paul J. Lagaipa   Sharon L. Lagaipa**                          Case No. **13-51225**
_____
                    Debtors                                                  (If known)

# STATEMENT OF FINANCIAL AFFAIRS

## 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 152,865.00 | Gross Income | 2011 |
| 134,379.35 | Gross Income | 2012 |
| 97,614.20 | Gross Income | 2013 |

## 2. Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 3. Payments to creditors

**Complete a. or b., as appropriate, and c.**

None
☐

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **CT Dept of Rev Services** | $500.00<br>$278.08<br>$221.92 | | |
| **Easton Tax Collector** | Auto Tax $1,465.97 | | |

None  b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90**
☑  **days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is
affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that
were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a
plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13
must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date
of adjustment.

None  c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the
☑  benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the
☐  filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Webster Bank vs. LaGaipa** | **foreclosure** | **Bridgeport Superior Court** | **judgment entered** |
| **William Martinski vs. RBC and Paul LaGaipa** | **claim for damages re: securities** | **Arbitration** | **pending** |
| **Volvo Financial Services vs. LaGaipa** | **collection** | **Small Claims** | **judgment entered** |

None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year**
☐  immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include
information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bank of America** | | **Husband account attached by Volvo Financial; and then released.** |

### 5.  Repossessions, foreclosures and returns

None   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of
☐      foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married
       debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether
       or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Judgment of Foreclosure entered** | | **RE: Debtor's property at 95 Far Horizon Drive, Easton, CT** |

### 6.  Assignments and receiverships

None   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the
☑      commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or
       both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
       filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year**
☑      immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must
       include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
       spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7.  Gifts

None   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except
☑      ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable
       contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include
       gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
       joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8.  Losses

None   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement
☑      of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must
       include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
       joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

## 9.  Payments related to debt counseling or bankruptcy

None    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for
☐       consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within
        **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ellery E. Plotkin** | | **Bankruptcy $306.00 Amount owed $3,200.00 plus filing fee for additional Amendment to Creditors** |

## 10.  Other transfers

None    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the
☐       debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case.
        (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint
        petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Stove / Oven** | | **sold for $4,250.00 in May 2013; dining room set sold for $6,000.00 in May 2013; Go-Kart given to landscaper** |

None    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a
☑       self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR' INTEREST IN PROPERTY |
|---|---|---|

## 11.  Closed financial accounts

None    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed,
☐       sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking,
        savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks,
        credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors
        filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both
        spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **TD Bank** | **wife closed business account** | |

5

## 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None ☐

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 95 Far Hoizon Drive Easton, CT | Paul and Sharon LaGaipa | up to & including June 2013 |

## 16. Spouses and Former Spouses

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.    List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
☐    and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing
executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or
other activity either full- or part-time within the **six years** immediately preceding the commencement of this case,
or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately
preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of
the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and
beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or
equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| Sharon LaGaipa | | | *832* ~~100%~~ owner of Target Market Magazine.com, LLC | |

None    b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11
☑    U.S.C. § 101.

NAME                  ADDRESS

\* \* \* \* \* \*

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement
of financial affairs and any attachments thereto and that they are true and correct.

Date   9/4/13        Signature
of Debtor   **Paul J. Lagaipa**

Date   9/4/13        Signature
of Joint Debtor   **Sharon L. Lagaipa**
(if any)

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
### District of Connecticut

In re _____Paul J. Lagaipa    Sharon L. Lagaipa_____    Case No. __13-51225__
                                    Debtors                                                Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** -- Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br><br>**Ally Financial** | **Describe Property Securing Debt:**<br><br>**2010 Chrysler Town & Country**<br>**$525.11/month** |

Property will be *(check one):*
  ☐ Surrendered        ☑ Retained

If retaining the property, I intend to *(check at least one):*
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one):*
  ☐ Claimed as exempt        ☑ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br><br>**Bank of America** | **Describe Property Securing Debt:**<br><br>**Third Mortgage**<br>**95 Far Horizon Drive**<br>**Easton, CT** |

Property will be *(check one):*
  ☑ Surrendered        ☐ Retained

If retaining the property, I intend to *(check at least one):*
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one):*
  ☐ Claimed as exempt        ☑ Not claimed as exempt

B 8 (Official Form 8) (12/08)                                                                                          Page 2

---

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br><br>**Internal Revenue Service** | **Describe Property Securing Debt:**<br><br>**Tax Lien**<br>**95 Far Horizon Drive**<br>**Easton, CT**<br>**2005: $2,019.77**<br>**2006: $9,516.02**<br>**2007: $23,674.21**<br>**2010: $7,713.27** |

Property will be *(check one)*:
- [x] Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____  (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt          [x] Not claimed as exempt

---

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br><br>**Roderick C. McNeil, III** | **Describe Property Securing Debt:**<br><br>**Fourth Mortgage**<br>**95 Far Horizon Drive**<br>**Easton, CT** |

Property will be *(check one)*:
- [x] Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____  (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt          [x] Not claimed as exempt

---

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br><br>**Tax Collector Easton** | **Describe Property Securing Debt:**<br><br>**RE Tax Liens**<br>**95 Far Horizon Drive**<br>**Easton, CT** |

B 8 (Official Form 8) (12/08)

Property will be (check one):
- ☑ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is (check one):
- ☐ Claimed as exempt          ☑ Not claimed as exempt

---

| Property No.  6 | |
|---|---|
| **Creditor's Name:**<br><br>**Volvo Financial Services** | **Describe Property Securing Debt:**<br><br>**Judgment Lien**<br>**95 Far Horizon Drive**<br>**Easton, CT** |

Property will be (check one):
- ☑ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is (check one):
- ☐ Claimed as exempt          ☑ Not claimed as exempt

---

| Property No.  7 | |
|---|---|
| **Creditor's Name:**<br><br>**Webster Bank** | **Describe Property Securing Debt:**<br><br>**First Mortgage**<br>**95 Far Horizon Drive**<br>**Easton, CT** |

Property will be (check one):
- ☑ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is (check one):
- ☐ Claimed as exempt          ☑ Not claimed as exempt

B 8 (Official Form 8) (12/08)

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**Webster Bank** | **Describe Property Securing Debt:**<br>**Second Mortgage**  ─ 95 Far Horizon Dr.<br>Easton, CT |

Property will be *(check one)*:
- ☑ Surrendered            Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt            ☑ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Residential Lease** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

___0___  continuation sheets attached *(if any)*

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: 9/4/13

Paul J. Lagaipa
Signature of Debtor

Sharon L. Lagaipa
Signature of Joint Debtor (if any)

Form 6 - Statistical Summary (12/07)

**United States Bankruptcy Court**
**District of Connecticut**

In re   **Paul J. Lagaipa   Sharon L. Lagaipa**
_____
                                                    Debtors

Case No.   **13-51225**  _____

Chapter   **7**  _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 1,428.03 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations  (from Schedule F) | $ 0.00 |
| TOTAL | $ 1,428.03 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 9,585.12 |
| Average Expenses (from Schedule J, Line 18) | $ 9,629.11 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 14,066.95 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 109,691.27 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 1,428.03 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 185,345.85 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 295,037.12 |